UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Rhalina L. Tedeton,

                Defendant.

---

7:16-MJ-6919(MRG)

**JUDGMENT**

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on April 28, 2017. The Court thereafter accepted the defendant's plea of guilty to Unlicensed Operation of a Vehicle, in violation of § 509.1 of the New York Vehicle and Traffic Law, in full satisfaction of the Misdemeanor Complaint filed on October 28, 2016, and it is,

ORDERED, ADJUDGED AND DECREED that the Defendant pay a fine of $50.00 by May 23, 2017 or appear before the Court on May 24, 2017 to explain why the fine has not been paid.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: May 24, 2022  Poughkeepsie, N.Y.